## John Eichman, Receiver of the North Schuylkill Mutual Fire Insurance Company *v.* John Hersker, Appellant.

Argued Feb. 21, 1895. Appeal, No. 302, Jan. T., 1895, by defendant, from judgment of C. P. Schuylkill Co., May. T., 1886, No. 13, on verdict for plaintiff. Before GREEN, WILLIAMS, McCollum, Dean and Fell, JJ. Affirmed.

Assumpsit to recover assessment on policy No. 525.    Before
PERSHING, P. J.

See next preceding case.

OPINION BY MR. JUSTICE DEAN, October 7, 1895 :

This case is in no essential particular different from No. 301,
January term, 1895, in which opinion is filed herewith ; there-
fore the same decree, " Judgment affirmed, and appeal dis-
missed at costs of appellant," is herewith entered.